DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Proposed Attorneys for the Debtors*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Julie Cvek Curley, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

QUEEN OF HEARTS CRUISES, INC.

              Debtor.
------------------------------------------------------------X
In re:

A&S CRUISELINES, INC.

              Debtor.
------------------------------------------------------------X

Chapter 11
Case No. 14-11219 (MG)

Chapter 11
Case No. 14-11279

## DECLARATION OF STEVEN SALSBERG PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STEVEN SALSBERG, being duly sworn, deposes and says:

1. I am the President and 100% shareholder of Queen of Hearts Cruises, Inc. and A&S Cruiselines, Inc. ("Debtor"). I submit this Affidavit pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

### BACKGROUND

2. The Debtors are engaged in the business of owning and operating a passenger cruise vessel registered as *First Lady,* but known as the *Queens of Hearts*, United States Coast Guard Official Number: 658104, Length: 90', Flag: USA (the "Queen").

3. The Debtors have been operating a local New York Harbor sightseeing and special event business aboard the Queen since 1995. The events serve diverse groups of New Yorkers from schools and "Kiddie Cruises with Parents" to after work events.

4. The Debtors have experienced a downturn in income as a result of a number of primary overlapping issues as follows: The delayed start of two Seasons in 2011 and 2012 due to maintenance issues which were resolved; the events of Hurricane Sandy in 2012 canceled the majority of Fall and Winter business, costing over $150,000 in income losses and clientele which were never recovered or returned; a delayed start to the 2013 Season due to servicing vessel and cash flow; the loss of dockage at a Public Pier in NYC where the Queen was berthed for ten years. The loss of the local dockage rights from the Hudson River Trust caused the Debtor to pay for overnight dockage in Brooklyn and pick up and drop off dockage in the City for its events, resulting in over $100,000 in additional costs.

5. The primary reason the Debtors are seeking the protections of Chapter 11 is to protect their most valuable asset, the Queen, while seeking financing alternatives to allow the necessary repairs and upgrades to the Queen so that it passes the U.S. Coast Guard certifications and is the necessary condition to start booking events for the upcoming 2014 Season.

6. The Debtors intend to utilize the Chapter 11 process to restructure its secured and unsecured debt. The Debtors are confident that proceeding in Chapter 11 is in the best interest of the Debtors, their estate and their creditors as a whole.

7. The needs and interests of the Debtors' creditors will best be served by the continued possession of their property and management of their affairs as a debtor-in-possession under Chapter 11 until a restructuring plan can be formulated and presented to creditors.

## PART II

### INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007

8. In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

### Local Rule 1007-2(a)(1)

9. The Debtors' offices are located at 1632 York Avenue, New York, NY ("Office"). The Debtors are engaged in the business of owning and operating a passenger cruise vessel known as *The Queen*, which is currently located in Brooklyn, New York.

### Local Rule 1007-2(a)(2)

10. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*

### Local Rule 1007-2(a)(3)

11. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

### Local Rule 1007-2(a)(4)

12. A list of the names and addresses of the Debtors' 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed hereto as **Schedule I**.

### Local Rule 1007-2(a)(5)

13. The Debtors have three secured creditors: (i) New York Business Development Corp. in the amount of approximately $1,050,000; (ii) Small Business Administration in the amount of approximately $400,000; and (iii) Afloat NYC Inc. in the amount of approximately

$350,000.

**Local Rule 1007-2(a)(6)**

14. A summary of the Debtors' assets and liabilities will be filed with the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs within fourteen (14) days of the Filing Date.

**Local Rule 1007-2(a)(7)**

15. There are no publicly held securities of the Debtors.

**Local Rule 1007-2(a)(8)**

16. None of the Debtors' property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

17. The Debtors are party to several leases relating to its office space and dock sites. A schedule of leases will be provided with the Debtors' Schedules of Assets and Liabilities within fourteen (14) days of the Filing Date.

**Local Rule 1007-2(a)(10)**

18. The Debtors' books and records are located at 306 E 78th Street #1B New York, NY 10075. The Queen is currently docked at a Pier at 190 Morgan Avenue, Brooklyn, New York 11237.

**Local Rule 1007-2(a)(11)**

19. There are no known pending litigations involving the Debtors.

**Local Rule 1007-2(a)(12)**

20. The Debtors are currently managed by Deponent who has done so since 1995, is

responsible for all of the Debtors' operations.

### Local Rule 1007-2(b)(1) and (2)

21.   The Debtors' estimated weekly payroll and payments to officers, stockholders, and directors for the thirty (30) day period following the Chapter 11 petition is $ -0- .

22.   The Debtors' estimated payroll to employees for the thirty (30) day period following the Chapter 11 petition is $-0-.

### Local Rule 1007-2(b)(3)

23.   A schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees is annexed as **Schedule II**.

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

/s/ Steven Salsberg
Steven Salsberg, President

## SCHEDULE I

## TWENTY LARGEST UNSECURED CREDITORS

See Attached

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   Queen of Hearts Cruises Inc.   Case No.   14-11219
Debtor(s)   Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | 41,084.00 |
| FINO<br>1 WALL STREET CT<br>New York, NY 10005 | FINO<br>1 WALL STREET CT<br>New York, NY 10005 | | | 35,860.00 |
| BMI<br>P.O. Box 630893<br>Cincinnati, OH 45263-0893 | BMI<br>P.O. Box 630893<br>Cincinnati, OH 45263-0893 | | | 30,105.82 |
| YANK MARINE INC.<br>7 MOSQUITO LANDING ROAD<br>P.O.BOX 569<br>Tuckahoe, NJ 08250 | YANK MARINE INC.<br>7 MOSQUITO LANDING ROAD<br>P.O.BOX 569<br>Tuckahoe, NJ 08250 | | | 22,961.55 |
| NYS Dept of Labor UI Division<br>Employer Adjustment Section<br>WA A Harriman State Campus<br>Albany, NY 12240-0415 | NYS Dept of Labor UI Division<br>Employer Adjustment Section<br>WA A Harriman State Campus<br>Albany, NY 12240-0415 | | | 20,847.89 |
| Kenny, Stearns & Zonghetti LLC<br>26 Broadway<br>New York, NY 10004 | Kenny, Stearns & Zonghetti LLC<br>26 Broadway<br>New York, NY 10004 | | | 18,569.50 |
| NYS Unemployment Insurance Fund<br>P.O. Box 551<br>Albany, NY 12201 | NYS Unemployment Insurance Fund<br>P.O. Box 551<br>Albany, NY 12201 | | | 17,276.00 |
| Billy Bey Marina<br>4500 Ave at Port Imperial<br>Weehawken, NJ 07086 | Billy Bey Marina<br>4500 Ave at Port Imperial<br>Weehawken, NJ 07086 | | | 10,950.03 |
| NYS Sales Tax Processing<br>JAF Building<br>P.O. Box 1208<br>New York, NY 10116-1208 | NYS Sales Tax Processing<br>JAF Building<br>P.O. Box 1208<br>New York, NY 10116-1208 | | | 6,375.00 |
| STONEWALL SOLUTIONS LLC<br>TWO STONEWALL CIRCLE<br>West Harrison, NY 10604 | STONEWALL SOLUTIONS LLC<br>TWO STONEWALL CIRCLE<br>West Harrison, NY 10604 | | | 6,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Queen of Hearts Cruises Inc.  
              Debtor(s)

Case No.  14-11219

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HOUSE OF SALSBERG, INC. 60 HILLCREST ROAD Boonton, NJ 07005 | HOUSE OF SALSBERG, INC. 60 HILLCREST ROAD Boonton, NJ 07005 | | | 5,668.00 |
| NYS Dept.of Taxation & Finance 15 Metro Tech Center, 5th Fl. Brooklyn, NY 11201 | NYS Dept.of Taxation & Finance 15 Metro Tech Center, 5th Fl. Brooklyn, NY 11201 | | | 4,688.00 |
| Moretti Designs, LLC 500 Washington Blvd. Jersey City, NJ 07310 | Moretti Designs, LLC 500 Washington Blvd. Jersey City, NJ 07310 | | | 4,500.00 |
| Allboro Transportation | Allboro Transportation | | | 4,100.00 |
| Jill B. Holtzman 156-12 80th Street Howard Beach, NY 11414 | Jill B. Holtzman 156-12 80th Street Howard Beach, NY 11414 | | | 3,000.00 |
| C & R Party Staffing 521 Beach 140th Street Rockaway Park, NY 11694 | C & R Party Staffing 521 Beach 140th Street Rockaway Park, NY 11694 | | | 2,715.00 |
| Tri-State Biodiesel 531 Barretto Street Bronx, NY 10474 | Tri-State Biodiesel 531 Barretto Street Bronx, NY 10474 | | | 2,644.80 |
| Department of Treasury Internal Revenue Service Cincinnati, OH 45999-0005 | Department of Treasury Internal Revenue Service Cincinnati, OH 45999-0005 | | | 2,618.43 |
| AFCO P.O. Box 360572 Pittsburgh, PA 15250-6572 | AVCO P.O. Box 360572 Pittsburgh, PA 15250-6572 | | | 2,556.28 |
| Joshua E. Abraham 380 Madison Avenue, 22nd Floor New York, NY 10017 | Joshua E. Abraham 380 Madison Avenue, 22nd Floor New York, NY 10017 | | | 2,551.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 28, 2014       Signature  /s/ Steven Salsberg  
                                                      Steven Salsberg  
                                                      President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   A & S Cruiselines, Inc.                                        Case No.   14-11297
                                    Debtor(s)                          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| -NONE- | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   May 7, 2014                      Signature   /s/ Steven Salsberg
                                                    Steven Salsberg
                                                    President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## SCHEDULE II

### 30 DAY INCOME AND EXPENSE PROJECTION

See Attached

QUEEN OF HEARTS CRUISES INC, INC.
2014 PROJECTIONS
January through December 2011

| | Jan 14 | Feb 14 | Mar 14 | Apr 14 | May 14 | Jun 14 | Jul 14 | Aug 14 | Sep 14 | Oct 14 | Nov 14 | Dec 14 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | |
| BOAT REVENUE | - | - | - | - | - | 199,546 | 282,702 | 214,035 | 132,976 | 103,623 | 18,670 | 202,310 | 1,153,862 |
| Total Income | - | - | - | - | - | 199,546 | 282,702 | 214,035 | 132,976 | 103,623 | 18,670 | 202,310 | 1,153,862 |
| Cost of Goods Sold | | | | | | | | | | | | | |
| BEVERAGE | | | | | | | | | | | | | - |
| CATERER/FOOD | | | | | | | | | | | | | - |
| CHARTER FEES | | | | | | | | | | | | | - |
| DJ/ENTERTAINMENT | | | | | | | | | | | | | - |
| LAND/SPACE RENTAL | | | | | | | | | | | | | - |
| LIQUOR | | | | | | | | | | | | | - |
| FUEL | | | | | | | | | | | | | - |
| PARTY RENTALS/EQUIPMENT | | | | | | | | | | | | | - |
| PARTY SUPPLIES | | | | | | | | | | | | | - |
| RESTAURANT SUPPLIES | | | | | | | | | | | | | - |
| LABOR COSTS | | | | | | | | | | | | | - |
| OTHER COST OF GOODS SOLD SHOWN AS 45% OF REVENUE | | | | | | 89,796 | 127,216 | 96,316 | 59,839 | 46,630 | 8,402 | 91,040 | 519,238 |
| Total COGS | - | - | - | - | - | 89,796 | 127,216 | 96,316 | 59,839 | 46,630 | 8,402 | 91,040 | 519,238 |
| Gross Profit | - | - | - | - | - | 109,750 | 155,486 | 117,719 | 73,137 | 56,993 | 10,269 | 111,271 | 634,624 |
| **Expense** | | | | | | | | | | | | | |
| ADVERTISING | | | | | | 3,750 | 1,250 | 1,500 | 1,500 | 1,500 | - | 2,000 | 11,500 |
| AUTOMOBILE EXPENSE | | | | | | 1,200 | 1,200 | 500 | 500 | 500 | 500 | 500 | 4,900 |
| BANK CHARGES | | | | | | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 875 |
| CONSULTANTS | | | | | | - | 516 | - | - | - | - | - | 516 |
| DUES & SUBSCRIPTIONS | | | | | | - | - | - | - | - | - | - | - |
| EQUIPMENT RENTAL/LEASING | | | | | | 1,200 | 1,200 | 1,200 | 1,200 | - | - | - | 4,800 |
| GIFTS & GRATUITIES | | | | | | - | - | - | - | - | - | - | - |
| INSURANCE - HEALTH | | | | | | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 46,200 |
| INSURANCE - MARINE | | | | | | - | - | - | - | - | - | - | - |
| INTERNET CHARGES | | | | | | 235 | 235 | 235 | 235 | 235 | 235 | 235 | 1,645 |
| LICENSES & PERMITS | | | | 9,000 | | - | - | - | - | - | - | - | 9,000 |
| OFFICE EXPENSE | | | | | | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 2,450 |
| OFFICE SUPPLIES | | | | | | 471 | 397 | 742 | 205 | 395 | 649 | - | 2,859 |
| POSTAGE & DELIVERY | | | | | | 1,000 | 800 | 1,070 | 2,300 | - | 100 | 455 | 5,725 |
| PRINTING AND DUPLICATIONS | | | | | | - | 400 | 700 | 850 | - | - | 65 | 2,015 |
| PROFESSIONAL FEES | | | | | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 10,500 |
| RENT - DOCKAGE | | | | | | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 27,500 |
| RENT - OFFICE | | | | | | 3,850 | 3,650 | 3,650 | 3,850 | 3,650 | 3,650 | 3,850 | 25,550 |
| REPAIRS & MAINTENANCE | | | | | | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 25,200 |
| STORAGE | | | | | | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 3,850 |
| TAXES | | | | | | - | - | - | - | - | - | - | - |
| TELEPHONE | | | | | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 3,500 |
| TRANSPORTATION | | | | | | 500 | 500 | 500 | 500 | 500 | 200 | 200 | 2,600 |
| UTILITIES | | | | | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 2,100 |
| LABOR COSTS - GENERAL AND ADJ | | | | | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 56,000 |
| Total Expense | - | - | - | - | 9,000 | 38,531 | 36,673 | 36,622 | 37,465 | 30,805 | 29,359 | 31,130 | 249,585 |
| Net Ordinary Income | - | - | - | - | (9,000) | 71,220 | 118,814 | 81,097 | 35,672 | 26,187 | (19,090) | 80,141 | 385,039 |
| **Other Income/Expense** | | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | | |
| OTHER INCOME | 0 | | | | | | | | | | | | 0 |
| Total Other Income | 0 | | | | | | | | | | | | 0 |
| Other Expense | | | | | | | | | | | | | |
| NYBDC Interest Payment | | | | | | 4,900 | 4,900 | 4,900 | 4,900 | 4,900 | 4,900 | 4,900 | 34,300 |
| DIP Interest Expense | | | | | | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 25,200 |
| Total Other Expense | | | | | | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 59,500 |
| Net Other Income | 0 | | | | | (8,500) | (8,500) | (8,500) | (8,500) | (8,500) | (8,500) | (8,500) | (59,500) |
| Net Income | 0 | - | - | - | (9,000) | 62,720 | 110,314 | 72,597 | 27,172 | 17,687 | (27,590) | 71,641 | 325,540 |