

## cross county funding
### WE MAKE MORTGAGES SIMPLE

May 2, 2014

Queen of hearts Crusises Inc.
A & S Cruiselines, Inc
1632 York Avenue
NY, NY 10128
Attention: Steven Salsberg, President

By E Mail- Steven@Salsberggroup.com

Re: Secured Loan

Dear Mr. Salsberg,

Pursuant to our conversation of yesterday, and your request for secured funding in the amount of $350,000, I am pleased to report that the loan has been approved. It is understood that time is of the essence and it is anticipated that the funds will be available to you within two weeks from the day of request. The terms of the transaction have been reviewed and are as follows; One year interest only, 12%, 4 points. Legal counsel is so advised.

If you should have any questions, please do not hesitate to call me.

Sincerely,

Corey Langus

Cc: Jonathon Pasternack

30 Glenn Street, Suite 203, White Plains, New York  10603  .  914.358.9933 tel  .  914.620.8858 fax
Registered Mortgage Broker N.Y.S. Department.of Financial Services- Licensed Mortgage Broker CT & NJ Department of Banking.
Loans Arranged Through Third Party Providers. Not A Mortgage Lender or Correspondent Lender. **NMLS#63942**

30 Glenn Street, Ste 203, White Plains, NY 10603
718-279-1919  718-229-9333 Fax

**Cross County Funding**

# FAX

| | | | |
|---|---|---|---|
| To: | Steven Salsberg | From: | Corey Langus |
| | | Pages: | |
| Phone: | | Date: | 5/2/2014 |
| Re: | Klein to Queen of Hearts Cruises, Inc. & A & S Cruiselines, Inc. | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Borrower:  Queen of Hearts Cruises, Inc. & A & S Cruiselines, Inc.

Guarantor: Steven Salsberg,  Queen of Hearts Cruises, Inc. & A & S Cruiselines, Inc.

Borrowers Mailing Address: 1632 York Avenue, NY, NY 10028

Lender: John Klein

Loan Amount: $350,000

Rate: 12% Interest Only

Position- 1st

Term: 12 months

Broker Fee: Cross County Funding 2 points

Lenders Fee: John Klein- 2 points

Lenders Attorney: Amy Sussman

Special Instructions:  Post Dated Checks, Short Interest to end of month.

Closing: - TBD.

[signature]